GOODMAN & GOODMAN ATTORNEYS AT LAW
Sean Goodman State Bar # 266109
18321 Ventura Blvd. Suite 755
Tarzana, CA. 91356
(818) 996-8903

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AIRLINES REPORTING CORPORATION

Plaintiff(s)

v.

VERSAILLES, LLC. DBA BUSINESS TRAVEL INTERNATIONAL, ET. AL.

Defendant(s).

CASE NUMBER

SACV10-01050 ABC (MLGx)

APPLICATION FOR APPEARANCE AND EXAMINATION RE:
☑ ENFORCEMENT OF JUDGMENT
☐ ATTACHMENT (Third Person)

☐ Judgment Debtor   ☐ Third Person

☑ Judgment creditor  ☐ Assignee of record  ☐ Plaintiff who has right to attach order  AIRLINES REPORTING CORPORATION
*(Party name)*

hereby applies for an order requiring: JOSEPH BUBONIC to appear and furnish
*(Name of Person being examined)*

information to aid in enforcement of the money judgment or to answer concerning property or debt

The person to be examined is:

☑ the judgment debtor
☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250.00. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached hereto.

Pursuant to Code of Civil Procedure section 491.150 (c), the person to be examined resides or has place of business in the county or within 100 miles of the place of examination. (See Federal Rule of Civil Procedure 45(b)(2).)

☑ This Court is **not** the Court in which the money judgment is entered or (attachment only) the Court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 7, 2010

_____
*(Signature of Declarant)*

SEAN GOODMAN
*(Type or Print Name)*

**AN *ORDER TO APPEAR FOR EXAMINATION* (CV-4P ORDER) MUST ACCOMPANY THIS APPLICATION**

---

CV-4P (02/08)

APPLICATION FOR APPEARANCE AND EXAMINATION
(Attachment-Enforcement of Judgment)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN 16 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, ) ) ) Plaintiff, ) v. ) VERSAILLES, LLC, ) d/b/a BTI ) d/b/a BUSINESS TRAVEL ) INTERNATIONAL, et al., ) ) Defendants. ) | Civil Action No. 1:08cv239 |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 22, 2008. Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED and judgment is entered against Defendants Joseph T. Bubonic and Mary Ann Bubonic, jointly and severally, in the amount of $286,473.68. Because BTI is already liable for the $206,400.63 rendered in the confirmation proceeding, the Court finds

that BTI is jointly and severally liable to the extent of $80,073.05 as a result of this default judgment proceeding.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 16, 2009

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

☐AO 451 (Rev. 12/93) Certification of Judgment

MAR 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Virginia

Airlines Reporting Corporation

V.

Versailles, LLC, d/b/a BTI, d/b/a
Business Travel International, et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

USDC, CDCA, SAMC09-05 UA

Case Number:    1:08CV239

I,    Fernando Galindo    , Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on    1/16/09    , Date

as it appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court on

March 17, 2009                    Fernando Galindo
Date                              Clerk

                                  [signature]
                                  (By) Deputy Clerk

PAID
MAR 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)