| Name, Address and Phone number of Attorney(s): | FILED - SOUTHERN DIVISION |
|---|---|
| Goodman + Goodman, Attorneys at Law<br>18321 Ventura Blvd. Suite 755<br>Tarzana, CA. 91356 | CLERK, U.S. DISTRICT COURT<br>SEP 29 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Airlines Reporting Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV10-01050 abc (mlgx) |
| v. | ORDER TO APPEAR FOR EXAMINATION RE: |
| Versailles LLC DBA BTI DBA Business Travel International Et AL.; Defendant(s) | ☑ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☑ Judgment Debtor  ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application  ☐ GRANTED  ☐ DENIED.

TO: __Mary Bubonic__
(Name of person to Appear)

**YOU ARE ORDERED TO APPEAR** personally before the Honorable __Judge Goldman__, to:

☑ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

Date of appearance: __November 2, 2010__  Courtroom: __6A__  Time: __10:00__  (a.m.)/p.m.

Location of Appearance:
☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
☑ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
(Name of appointed process server)

Date: __SEPT 29, 2010__

_____
U.S. District Judge/U.S. Magistrate Judge